
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GORDON SURGICAL GROUP, P.C., *et al.*,<br>　　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>EMPIRE HEALTHCHOICE HMO, INC., *et al.*,<br>　　　　　　　　　Defendants. | 24-CV-8549 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

　　The parties submitted a proposed case management plan indicating that they agree to a stay of discovery pending an anticipated motion to dismiss to be filed by Defendants. Accordingly, discovery is stayed pending further order. However, Defendants have not filed an appearance on the docket or a motion to dismiss. Given that the last stay of this case expired on August 8, 2025, Defendants are technically in default.

　　The parties are directed to file a joint status letter with a proposed briefing schedule on or before September 3, 2025. If they fail to do so, this case will be dismissed for failure to prosecute.

　　Plaintiffs are directed to provide a copy of this order to counsel for Defendants.

　　SO ORDERED.

Dated: August 26, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge